

Your Missouri Courts

Case.net

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print GrantedPublicAccess Logoff THAYDE57368

# 18SL-AC09124 - CHRISTOPHER BARBER V MEDICREDIT, INC. (E-CASE)

Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution

This information is provided as a service and is not considered an official court record.

Click here to eFile on Case
Click here to Respond to Selected Documents

Sort Date Entries: Descending Ascending Display Options: All Entries

**04/19/2018** **Corporation Served**
Document ID - 18-ADSM-8199; Served To - MEDICREDIT, INC.; Server - ; Served Date - 13-APR-18; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served

**Notice of Service**
Affidavit of Service.
**Filed By:** RICHARD ANTHONY VOYTAS Jr.
**On Behalf Of:** CHRISTOPHER BARBER

**04/12/2018** **Summons Issued-Associate**
Document ID: 18-ADSM-8199, for MEDICREDIT, INC.. Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. Please DO NOT forward your summons to the St Louis County Sheriff Department unless within 3 days of the issue date printed on the summons. Failure to follow these instructions may result in your summons being returned.

**Hearing Scheduled**
**Scheduled For:** 05/14/2018; 9:00 AM ; ELLEN W. DUNNE; St Louis County

**04/03/2018** **Filing Info Sheet eFiling**
**Filed By:** RICHARD ANTHONY VOYTAS Jr.

**Motion Special Process Server**
Motion to Appoint Special Process Server.
**Filed By:** RICHARD ANTHONY VOYTAS Jr.
**On Behalf Of:** CHRISTOPHER BARBER

**Pet Filed in Associate Ct**
Petition.

**Judge Assigned**
39M

**EXHIBIT A**

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI
ASSOCIATE DIVISION

CHRISTOPHER BARBER,

Plaintiff,

v.

MEDICREDIT INC.,

Serve at:
STK Registered Agent, Inc.
900 W. 48th Street Suite 900
Kansas City, MO 64112

Defendant.

Cause No

Division

**JURY TRIAL DEMANDED**

## PETITION

COMES NOW Plaintiff and states as follows:

### INTRODUCTION

1. This is an action for actual and statutory damages brought to the Court by an individual consumer for violations of the Fair Debt Collections Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

2. Plaintiff demands a trial by jury on all issues so triable.

### JURISDICTION

3. This Court has jurisdiction of the FDCPA claim under 15 U.S.C. § 1692k(d), as Defendant's collection activity was directed to Plaintiff at his residence in Missouri. Plaintiff

suffered the harms described herein in Missouri. Venue is also proper in St. Louis County, Missouri for this reason.

## PARTIES

4. Plaintiff is a natural person currently residing in the City of St. Louis, Missouri. Plaintiff is a "consumer" within the meaning of the FDCPA.

5. The alleged debt Plaintiff owes arises out of consumer, family, and household transactions. Specifically, the alleged debt arose from medical services that Plaintiff received from St. Mary's Hospital in St. Louis County, Missouri.

6. Plaintiff has a bona-fide dispute as to the amount of the debt. While Plaintiff received medical care from St. Mary's Hospital, the balance being collected of $250, to the best of Plaintiff's understanding, is his copay that he paid at the time of service. As such, Plaintiff should not owe anything regarding the alleged debt.

7. Defendant Medicredit, Inc. ("Medicredit") is a corporation with its principal place of business located in Missouri.

8. The principal business purpose of Medicredit is the collection of debts nationwide and in Missouri; Medicredit regularly attempts to collect debts alleged to be due to another entity.

9. Medicredit is engaged in the collection of debts from consumers through means of using mail and telephone. Medicredit is a "debt collector" as defined by the FDCPA. 15 U.S.C. §1692a(6).

## FACTS

10. Medicredit's collection activity, of which Plaintiff disputes, occurred within the previous twelve (12) months.

11. On March 9, 2018, Plaintiff received a collection letter from Medicredit on the subject debt; the letter bore a date of March 1, 2018.

12. To the best of his recollection, this was the first time that Plaintiff had heard anything about the alleged debt since the date of the medical services in 2016.

13. The letter contained numerous false, misleading, and illegal statements.

14. For example, Medicredit told Plaintiff that the hospital facility itself would, within 30 days of March 1:

   a. Report the debt to the credit bureaus; and

   b. Commence a civil action that would include garnishment of wages, seizing Plaintiff's bank account, and placing a lien on Plaintiff's property.

15. All of these statements were materially false and misleading; Medicredit made these false and bombastic statements to threaten and intimidate Plaintiff into paying a balance that Medicredit knew, or should have known, was not legitimate.

16. For example, the "facility" was not going to take any of those actions, ever.

17. Plaintiff checked his credit report at the thirty-day period set forth in the letter, and there was no such debt reported by the facility, by Defendant, or by anyone else. Thus, the threat of credit reporting was false.

18. Similarly, there was no civil action filed against Plaintiff.

19. The language in Defendant's letter about the civil action was false and misleading because it indicated to Plaintiff that the mere commencement of a civil suit would result in garnishment and other harsh penalties. In reality, Plaintiff always had the option of defending the suit.

20. The extraordinarily harsh threats in the collection letter caused Plaintiff to hire counsel and become indebted to counsel to defend the apparently imminent lawsuit.

21. Shortly after he had retained counsel, Plaintiff called Defendant to advise them of this fact and to express his disagreement with the debt in general.

22. This phone call took place on March 9, 2018--the date Plaintiff received the letter.

23. In a bizarre twist, Defendant denied ever sending the letter to Plaintiff. This was a false statement in connection with the collection of a debt.

24. Furthermore, Medicredit caused Plaintiff to suffer the following additional injuries in fact:

   a. Plaintiff has been deprived of his statutorily created right to truthful information about the debt; Medicredit misstated the amount of the debt and made it appear that the debt was going to be litigated and credit reported; and

   b. Medicredit's harsh threats caused Plaintiff to suffer stress and anxiety.

25. The injuries, in fact, are fairly traceable to the challenged actions of Medicredit, in that Medicredit engaged in the telephone conversation with Plaintiff.

26. Plaintiff's injuries, in fact, are likely to be redressed by a favorable decision in this Court.

## COUNT I: VIOLATION OF THE FDCPA

27. Plaintiff re-alleges and incorporates by reference all of the above paragraphs.

28. In its attempts to collect the alleged debt from Plaintiff, Medicredit committed violations of the FDCPA, see 15 U.S.C. §1692 et seq., including, but not limited to, the following:

    a. Falsely representing the character, amount, or legal status of the alleged debt; specifically, by misrepresenting the amount of the debt Plaintiff owed, by mischaracterizing the actions that the creditor and/or Defendant could take on the debt, by mischaracterizing what occurs upon the filing of a civil action, and by making false threats of imminent litigation and credit reporting. See 15 U.S.C. §1692d-f; and

    b. Engaging in unfair collection conduct designed to harass, oppress, and intimidate Plaintiff into paying the alleged debt. See 15 U.S.C. §1692d-f.

WHEREFORE, Plaintiff respectfully requests that judgment be entered against Medicredit for:

A. Judgment that Medicredit's conduct violated the FDCPA;

B. Actual damages in an amount to be determined by the jury;

C. Statutory damages, costs, and reasonable attorney's fees pursuant to 15 U.S.C. §1692k; and

D. For such other relief as the Court may deem just and proper.

Electronically Filed - St Louis County - April 03, 2018 - 02:46 PM

**Ross & Voytas, LLC**

/s/ Richard A. Voytas, Jr.
_____
Richard A. Voytas, Jr, #52046
rick@rossvoytas.com
Nathan E. Ross, #51166
nate@rossvoytas.com
Ethan W. Gee, #70075
ethan@rossvoytas.com
12444 Powerscourt Drive, Ste 370
St. Louis, MO 63131
Phone: (314) 394-0605
Fax:     (636) 333-1212

Attorneys for Plaintiff

**In the**
# CIRCUIT COURT
**Of St. Louis County, Missouri**

CHRISTOPER BARBER
Plaintiff/Petitioner

vs.

MEDICREDIT, INC.
Defendant/Respondent

April 3, 2018
Date

_____
Case Number

_____
Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now Plaintiff _____, pursuant
            Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

HPS Process Service & Investigations, 1669 Jefferson St, Kansas City, MO 64108 T: (816) 842-9800
Name of Process Server        Address                                                    Telephone

_____
Name of Process Server        Address or in the Alternative                              Telephone

_____
Name of Process Server        Address or in the Alternative                              Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties. This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:
STK Registered Agent, Inc
Name
900 W. 48th Street, Suite 900
Address
Kansas City, MO 64112
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk

By _____
    Deputy Clerk

_____
Date

/s/ Richard A. Voytas, Jr.
Signature of Attorney/Plaintiff/Petitioner
52046
Bar No.
12444 Powerscourt Drive, Ste 370 St. Louis, MO 63131
Address
(314) 394-0605              (636) 333-1212
Phone No.                    Fax No.

CCADM62-WS    Rev. 08/16

**18SL-AC09124**

Electronically Filed - St Louis County - April 03, 2018 - 02:46 PM

In the
# CIRCUIT COURT
## Of St. Louis County, Missouri

__CHRISTOPER BARBER__
Plaintiff/Petitioner

vs.

__MEDICREDIT, INC.__
Defendant/Respondent

Date: April 3, 2018

Case Number: _____

Division: _____

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now __Plaintiff__, pursuant
                Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

__HPS Process Service & Investigations, 1669 Jefferson St, Kansas City, MO 64108  T: (816) 842-9800__
Name of Process Server     Address                                                                    Telephone

_____
Name of Process Server     Address or in the Alternative                                          Telephone

_____
Name of Process Server     Address or in the Alternative                                          Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties. This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:
Name: __STK Registered Agent, Inc__
Address: __900 W. 48th Street, Suite 900__
City/State/Zip: __Kansas City, MO 64112__

SERVE:
Name: _____
Address: _____
City/State/Zip: _____

SERVE:
Name: _____
Address: _____
City/State/Zip: _____

SERVE:
Name: _____
Address: _____
City/State/Zip: _____

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk

By ___/s/Andrea Kaid-Allen___
Deputy Clerk
04-12-2018
Date

__/s/ Richard A. Voytas, Jr.__
Signature of Attorney/Plaintiff/Petitioner
__52046__
Bar No.
__12444 Powerscourt Drive, Ste 370 St. Louis, MO 63131__
Address
__(314) 394-0605__              __(636) 333-1212__
Phone No.                                Fax No.

CCADM62-WS    Rev. 08/16



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>ELLEN W. DUNNE | Case Number: 18SL-AC09124 |
|---|---|
| Plaintiff/Petitioner:<br>CHRISTOPHER BARBER<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>RICHARD ANTHONY VOYTAS Jr.<br>12444 POWERSCOURT DRIVE<br>SUITE 370<br>ST LOUIS, MO  63131<br>(314) 394-0605 |
| Defendant/Respondent:<br>MEDICREDIT, INC. | Date, Time and Location of Court Appearance:<br>**14-MAY-2018, 09:00 AM**<br>**RM. 281 NORTH, DIV 39M**<br>**ST LOUIS COUNTY COURT BUILDING**<br>**105 SOUTH CENTRAL AVENUE**<br>**CLAYTON, MO  63105** |
| Nature of Suit:<br>AC Other Tort | |

(Date File Stamp)

## Associate Division Summons

**The State of Missouri to**: MEDICREDIT, INC.
                 **Alias:**
STK REGISTERED AGENT, INC.
900 W. 48TH STREET, SUITE. 900
KANSAS CITY, MO  64112

*COURT SEAL OF*

*ST. LOUIS COUNTY*

      You are summoned to appear before this court on the date, time, and location above to answer the attached petition.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition.  You may be permitted to file certain responsive pleadings, pursuant to Chapter 517 RSMo.  Should you have any questions regarding responsive pleadings in this case, you should consult an attorney.

      SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739 or TTY at 314-615-4567, at least three business days in advance of the court proceeding.

_____04-12-2018_____       _____
                 Date                                                                                        Clerk

**Further Information:**
    AKA

### Sheriff's or Server's Return

**Note to serving officer:**  Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name ) _____ (title).
☐ other_____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).
_____       _____
     Printed Name of Sheriff or Server                                              Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____       _____
                                         Date                                                          Notary Public

**Sheriff's Fees, if applicable**
| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $    10.00 | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>ELLEN W. DUNNE | Case Number: 18SL-AC09124 |
|---|---|
| Plaintiff/Petitioner:<br>CHRISTOPHER BARBER<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>RICHARD ANTHONY VOYTAS Jr.<br>12444 POWERSCOURT DRIVE<br>SUITE 370<br>ST LOUIS, MO  63131<br>(314) 394-0605 |
| Defendant/Respondent:<br>MEDICREDIT, INC. | Date, Time and Location of Court Appearance:<br>14-MAY-2018, 09:00 AM<br>RM. 281 NORTH, DIV 39M<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>AC Other Tort | |

## Associate Division Summons

The State of Missouri to: MEDICREDIT, INC.
   Alias:
STK REGISTERED AGENT, INC.
900 W. 48TH STREET, SUITE. 900
KANSAS CITY, MO  64112

COURT SEAL OF

ST. LOUIS COUNTY

You are summoned to appear before this court on the date, time, and location above to answer the attached petition. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition. You may be permitted to file certain responsive pleadings, pursuant to Chapter 517 RSMo. Should you have any questions regarding responsive pleadings in this case, you should consult an attorney.

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739 or TTY at 314-615-4567, at least three business days in advance of the court proceeding.

_____04-12-2018_____
Date                                                                                Clerk

Further Information:
AKA

### Sheriff's or Server's Return

Note to serving officer: Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _Kim Sartain_ (name) _Legal Administrative Assistant_ (title).
☐ other _____.
Served at _900 W. 48th St. #900 Kansas City, MO 64112_ (address)
in _Jackson_ (County/City of St. Louis), MO, on _4·13·18_ (date) at _2:32 PM_ (time).
_Nathaniel Scott_                                                          _[signature]_ P.P.S.
Printed Name of Sheriff or Server                              Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _4/16/18_ (date).
(Seal)   My commission expires: _10/13/19_
                                        Date                              Notary Public

REBEKAH FLANERY
My Commission Expires
October 13, 2019
Clay County
Commission #15420953

**Sheriff's Fees, if applicable**
Summons                                    $_____
Non Est                                       $_____
Sheriff's Deputy Salary
Supplemental Surcharge       $  10.00
Mileage                                       $_____ (_____ miles @ $_____ per mile)
Total                                            $_____
A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM20 (ADSM) *For Court Use Only*: Document ID# 18-ADSM-8199    1    517.041 RSMo

## AFFIDAVIT OF SERVICE

**State of Missouri**  |  **County of Saint Louis**  |  **Circuit Court**

Case Number: 18SL-AC09124   Court Date: 5/14/2018  9:00 am

Plaintiff/Petitioner:
**CHRISTOPHER BARBER**

vs.

Defendant/Respondent:
**MEDICREDIT, INC.**

Received by HPS Process Service & Investigations to be served on **Medicredit, Inc., c/o STK Registered Agent, Inc., 900 West 48th Street, Suite 900, Kansas City, MO 64112**.

I, NATHANIEL SCOTT, being duly sworn, depose and say that on the **13th day of April, 2018** at **2:32 pm**, I:

Served the within named with a true copy of the **Associate Division Summons and Petition** by leaving with Kim Sartain, Legal Administrative Assistant at **900 West 48th Street, Suite 900, Kansas City, MO 64112**.

I am over the age of eighteen, and have no interest in the above action.

Subscribed and Sworn to before me on the ___ day of _____ by the affiant who is personally known to me.

NOTARY PUBLIC

REBEKAH FLANERY
My Commission Expires
October 13, 2019
Clay County
Commission #15420953

NATHANIEL SCOTT
Process Server

HPS Process Service & Investigations
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: HAT-2018006797

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p